937 F.2d 621
 Beck (Torrence), a/k/a Beck (Albert Jr.), Elston (Quinton,
Rhonda, Tiffanie) By and Through Elston (Augustus,
Cardella) on Behalf of Black Children in
Talladega County in State of Alabama
v.
Talledega County Board of Education, Grissett (Lance),
Limbaugh (Dan), Watson (M.R.), Langley (Gay),
Morris (Larry), Garrett (Beulah)
 NO. 89-7917
 United States Court of Appeals,
Eleventh Circuit.
 JUN 26, 1991
 N.D.Ala., 933 F.2d 1020
 
 1
 DENIALS OF REHEARING EN BANC.